IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN VALDEZ,

    Petitioner,        No. CIV S-06-1314 FCD KJM P

   vs.

BOB HOREL, Warden,

    Respondent.       ORDER

_____/

       On November 15, 2006, this matter was on calendar for argument on respondent's motion to dismiss. Krista L. Pollard, Deputy Attorney General, appeared for respondent; Steve M. Defilippis, Esq., appeared for petitioner.

       Within thirty days of the date of this order, counsel for respondent shall lodge a certified, endorsed copy of petitioner's state habeas petition, filed in Santa Cruz County Superior Court, plus any docket, minutes, orders and correspondence relating to the resolution of that action. Thereafter, the motion to dismiss will be submitted.

DATED: November 27, 2006.

_____
U.S. MAGISTRATE JUDGE

2 vald1314.oah

1