IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN VALDEZ,

    Petitioner,               No. CIV S-06-1314 FCD KJM P

    vs.

BOB HOREL, Warden, et al.,

    Respondents.        ORDER

_____/

        Respondents' request for a stay was filed with this Court on December 18, 2007. Petitioner filed his petition for writ of habeas corpus with this court pursuant to 28 U.S.C. § 2254 on June 14, 2006, challenging the validity of his initial parole board hearing.

        Respondents contend that this Court has the discretion to grant their request because petitioner's conviction, with his corresponding life sentence, has been set aside. Specifically, respondents assert that because there exists the possibility that petitioner may not be convicted a second time for a crime with a life sentence, there is the possibility that the Board of Parole Hearings's 2003 decision will not affect petitioner's release and will be moot. Thus, respondents contend that this court has discretion to stay the action in the interests of judicial economy.

/////

1       Respondents also state in their request that petitioner's counsel agrees with respondents' request for a stay.  However, petitioner has yet to provide notice to this Court of his position regrading respondents' request.

      Accordingly, IT IS HEREBY ORDERED that petitioner notify this Court within fourteen days of receipt of this order as to his position regarding respondents' request for a stay, as well as the status of any state court proceedings regarding petitioner's underlying charged offense.

DATED: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

abs

valdez.demand