IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN VALDEZ,

      Petitioner,                    No. CIV S-06-1314 FCD KJM P

    vs.

BOB  HOREL, Warden, et al.,

      Respondents.            ORDER

_____ /

        Petitioner, a state prisoner proceeding with counsel, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), petitioner's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: May 15, 2008.

_____
U.S. MAGISTRATE JUDGE

2
vald1314.59